UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WESCO INSURANCE COMPANY,<br><br>    Defendant. | Case No.24-cv-00158-JST<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 29 |

Mediator Andre Hassid having advised the Court that the parties have agreed to a settlement of this case, *see* ECF No. 29,

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court on or before October 16, 2024, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: July 19, 2024

_____
JON S. TIGAR
United States District Judge